Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@BandlowLaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
Phone: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 2:20-cv-09087-TJH-SP |
| Plaintiff, | **NOTICE OF ERRATA REGARDING DKT. NO. 9 FILING MADE IN ERROR** |
| vs. | |
| JOHN DOE subscriber assigned IP address 47.34.222.102, | |
| Defendant. | |

1  PLEASE TAKE NOTICE that on November 25, 2020, Strike 3 Holdings, LLC ("Strike 3") filed a intended to file a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference. *See* Dkt. No. 9.  Unfortunately, Plaintiff inadvertently filed the documents for said motion from another matter pending before this Court.  Plaintiff will file an amended Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference, and requests that Dkt. No. 9 be either stricken from the record or disregarded. Strike 3 apologizes for the inadvertent error.

Date: November 25, 2020               Respectfully submitted,


                                      By: /s/ *Lincoln Bandlow*
                                      Lincoln Bandlow, Esq.
                                      **Law Offices of Lincoln Bandlow, P.C.**

                                      *Attorney for Plaintiff*
                                      Strike 3 Holdings, LLC